UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACCESS 4 ALL, INC.,
and JOE HOUSTON,

    Plaintiffs,                               Case No. 6:11-cv-48-Orl-35KRS

FLORIDA FAMILY
HOLDINGS, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Notice is hereby given to the Court that Parties FLORIDA FAMILY HOLDINGS, LLC, ACCESS 4 ALL, INC. and JOE HOUSTON jointly notify the Court that a settlement has been reached. Undersigned counsel for both parties are in the process of having their clients execute the settlement agreement at this time.

Parties request that all discovery and mediation deadlines currently imposed be suspended at this time to avoid the need for either party to incur additional fees and costs.

The settlement agreement *and stipulation for dismissal will be filed with the Court promptly*

Dated this 1st day of September, 2011

                                                      Respectfully submitted,

                                                  By:/s/ K. Judith Lane
                                                     K. JUDITH LANE
                                                     Florida Bar No: 0987484
                                                     Post Office Box 9357
                                                     Daytona Beach, FL 32120-9357
                                                     Phone: 386-492-4880
                                                     Fax: 386-492-6051
                                                ATTORNEY FOR DEFENDANT
                                                FLORIDA FAMILY HOLDINGS, LLC.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 1, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/EMF system.

            HALIFAX LAW GROUP


            By: /s/ K. Judith Lane
              K. JUDITH LANE
              Florida Bar No: 0987484
              Post Office Box 9357
              Daytona Beach, FL 32120-9357
              Phone: (386) 492-4880
              Fax: (386) 492-6051
            ATTORNEY FOR DEFENDANT


            THOMAS B. BACON, P.A.


              */s/PHILLIP MICHAEL CULLEN, III*
              Florida Bar No: 167853
              621 South Federal Highway, Suite Four
              Fort Lauderdale, Florida 33301
              Phone: (954) 462-0600
              Fax:  (954) 462-1717
              Cullen@thomasbaconlaw.com
            ATTORNEY FOR PLAINTIFFS