UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ACCESS FOR ALL, INC.,**
and, **JOE HOUSTON,**

    Plaintiffs,

v.                          Case No: 6:11-cv-48-Orl-35KRS

**FLORIDA FAMILY HOLDINGS, LLC,**

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Stipulation for Dismissal With Prejudice (Dkt. 26) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**. The parties have resolved all claims, including claims for attorneys' fees and court costs. The **Clerk** is directed to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 29th day of November 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record